IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL R. GRIFFITH                                                    PLAINTIFF

V.                      CASE NO. 5:19-CV-71-KGB-BD

RAMPSY, *et al.*                                                       DEFENDANTS

## RECOMMENDED DISPOSITION

### I.   Procedures for Filing Objections

This Recommended Disposition (Recommendation) has been sent to Judge Kristine G. Baker. Mr. Griffith may file written objections with the Clerk of Court if he disagrees with the findings and conclusions in this Recommendation. To be considered, objections must be filed within 14 days. Objections should be specific and should include the factual or legal basis for the objection.

If Mr. Griffith does not file objections, he may waive the right to appeal questions of fact. And, if no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record.

### II.  Discussion

Plaintiff Michael Griffith filed this lawsuit on February 15, 2019, while he was confined at the Pike County Jail. He is proceeding *in forma pauperis*, and is not represented by a lawyer. (Docket entries #1, #8)

Mr. Griffith's brief complaint states that he served time in the Arkansas Department of Correction at its Benton Work Release Unit from November of 2015 until August of 2018. He complains that Defendants released him from confinement "without

care." He does not explain anything about his medical condition other than that he was denied medical care. (See docket entry #1, p.4)

As explained to Mr. Griffith in a February 19 Order, a plaintiff who is not represented by counsel must keep the Court informed as to his current address. See Local Rule 5.5. On March 26, 2019, after mail sent to Mr. Griffith was returned to the Court as undeliverable, Mr. Griffith was ordered to notify the Court of his new address within 30 days. (#11) The Court specifically cautioned him that his claims could be dismissed if he failed to comply with the Order. (#11) To date, Mr. Griffith has not updated his address, and more than 30 days have passed since the Court's March 26 Order.

### III.  Conclusion

The Court recommends that Mr. Griffith's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's March 26, 2019 Order and his failure to prosecute this lawsuit.

DATED this 29th day of April, 2019.

_____
UNITED STATES MAGISTRATE JUDGE