# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**MICHAEL R. GRIFFITH**                                                                    **PLAINTIFF**

**v.**                         **Case No: 5:19-cv-00071-KGB-BD**

**RAMPSY**, *et al.*                                                                **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 13). No objections have been filed, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). The Court therefore dismisses without prejudice plaintiff Michael R. Griffith's complaint based on his failure to comply with Judge Deere's March 26, 2019, Order and his failure to prosecute this lawsuit.

It is so ordered this 19th day of December, 2019.

                                                          Kristine G. Baker
                                                          United States District Judge